## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIN HAI LI and XIN LIU, )<br>　　　Plaintiffs, )<br> )<br>v. )<br> )<br>FOOLUN, INC. d/b/a FULOON )<br>RESTAURANT, DI TANG, and )<br>WEN XUE ZHANG )<br>　　　Defendants. ) | Civil Action No. <u>1:15-cv-11527</u> |

## PLAINTIFFS' PROPOSED VERDICT FORM

**QUESTION NO. 1:**

　　Did the Plaintiffs prove by a preponderance of evidence that they worked over 40 hours in individual workweeks for the Defendants?

　　Yes _____　　　　　No _____

If the answer is Yes, continue to Question No. 2(a).  If the answer is No, proceed to Question No. 6.

**QUESTION NO. 2(a):**

　　How many hours per week did Plaintiff Li work for the Defendants?

　　_____

**QUESTION NO. 2(b):**

　　How many hours per week did Plaintiff Liu work for the Defendants?

　　_____

**QUESTION NO. 3:**

　　Did the Plaintiffs prove by a preponderance of evidence that they performed work for which they were not paid overtime?

1

Yes _____          No _____

If the answer is Yes, continue to Question No. 4(a).  If the answer is No, proceed to Question No. 6.

**QUESTION NO. 4(a):**

What are the damages due to Plaintiff Li as a result of the Defendants'' failure to pay overtime wages?

_____

**QUESTION NO. 4(b):**

What are the damages due to Plaintiff Liu as a result of the Defendants'' failure to pay overtime wages?

_____

**QUESTION NO. 5:**

Were the Defendants' failures to pay overtime wages willful?

Yes _____          No _____

**QUESTION NO. 6:**

Did the Defendant prove by a preponderance of the evidence that it was entitled to take the tip credit and pay Li less than the minimum wage?

Yes _____          No _____

If the answer is Yes, stop, you have reached a verdict.  If the answer is No, proceed to Question No. 7.

**QUESTION NO. 7:**

What are the damages due to Plaintiff Li as a result of the Defendants failure to pay Li the minimum wage?

_____

**QUESTION NO. 8:**

Were the Defendants' failures to pay minimum wages to Li willful?

Yes _____        No _____

Stop.  You have reached a verdict.

                                        Respectfully submitted,

Dated: December 23, 2016                      The Plaintiffs,
                                        By their Attorneys,

                                        <u>/s/ Alan D. Meyerson</u>
                                        Alan D. Meyerson (BBO #682515)
                                        David B. Summer (BBO #634514)
                                        100 State Street, Suite 900
                                        Boston, MA 02109
                                        (617) 444-9525
                                        (617) 695-0050
                                        alan@alandavidmeyerson.com
                                        david@summerlaw.com

## Certificate of Service

    I, Alan D. Meyerson, certify that, to the best of my knowledge, this document, filed through the Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 23, 2016.

                                        <u>/s/ Alan D. Meyerson</u>
                                        Alan D. Meyerson